AO 455(Rev. 5/85) Waiver of Indictment

FILED
JUL 3 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

~~RAFAEL MENDOLA-ESTRADA~~
EDGAR MERIDA-AYALA

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR1989-BTM

I, EDGAR MERIDA-AYALA ~~RAFAEL MENDOLA-ESTRADA~~, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on 7/31/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Edgar Merida Ayala

Defendant

Counsel for Defendant

Before

Judicial Officer